**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TOMMIE SLACK, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SARAH KARIKO, Dr.; et al., <br><br> Defendants - Appellees. | No. 23-1509 <br><br> D.C. No. 3:20-cv-05508-RSM <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
Ricardo S. Martinez, District Judge, Presiding

Submitted January 22, 2025[**]

Before:     CLIFTON, CALLAHAN, and BENNETT, Circuit Judges.

Former Washington state prisoner Tommie Slack appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging Eighth

Amendment violations.  We have jurisdiction under 28 U.S.C. § 1291.  We review

de novo.  *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004).  We may affirm

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

on any basis supported by the record. *Chemehuevi Indian Tribe v. Newsom*, 919 F.3d 1148, 1150-51 (9th Cir. 2019). We affirm.

Summary judgment was proper because Slack failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent in treating Slack's lipomas and pain. *See Hamby v. Hammond*, 821 F.3d 1085, 1092 (9th Cir. 2016) (stating that a difference of opinion between a physician and a prisoner concerning appropriate medical care does not amount to deliberate indifference); *Toguchi*, 391 F.3d at 1057 (explaining that a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to inmate health).

The district court did not abuse its discretion in denying Slack's motion for reconsideration because Slack failed to demonstrate any basis for relief. *See Sch. Dist. No. 1J, Multnomah County, Or.*, 5 F.3d 1255, 1262-63 (9th Cir. 1993) (setting forth standard of review and grounds for reconsideration).

All pending motions and requests are denied.

**AFFIRMED.**